UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ROSILLO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ANNIE'S HOMEGROWN INC., et al.,<br><br>    Defendants. | Case No.  17-cv-02474-JSW<br><br>**ORDER DIRECTING DEFENDANTS TO FILE STATUS REPORT** |

On October 17, 2017, the Court stayed this case "until the FDA's regulatory process regarding use of the term 'natural' on food labeling is completed." (Dkt. No. 46 at 6.) On January 26, 2018, nearly one year ago, the Court stated that it "would not indefinitely stay this case on the hope that Congress or the FDA will eventually, at some unknown point in time, have something to say on this issue." (Dkt. No. 50 at 1.) On January 2, 2019, Plaintiffs filed a status report indicating that the FDA had yet to rule on the term "natural" as used in food labeling. (Dkt. No. 52 at 2.) Plaintiffs also stated there had been no indicating from the FDA that any "rulemaking" on the term "natural" for food labels would be forthcoming. (*Id.*)

The Court HEREBY ORDERS Defendants to submit to the Court a status report outlining their position(s) regarding the stay. This status report shall be no longer than three pages and is due by January 9, 2019.

**IT IS SO ORDERED.**

Dated: January 4, 2019

                                                                                 JEFFREY S. WHITE
                                                                                 United States District Judge