| | |
|---|---|
| **PERKINS COIE LLP**<br>Kristine Kruger (Bar No. 253593)<br>KKruger@perkinscoie.com<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105-3204<br>Telephone: 415.344.7000<br>Facsimile: 415.344.7050<br><br>**PERKINS COIE LLP**<br>Charles C. Sipos (*pro hac vice*)<br>CSipos@perkinscoie.com<br>Mica D. Klein (*pro hac vice*)<br>MicaKlein@perkinscoie.com<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>*Counsel for Defendants*<br>*Annie's Homegrown, Inc. and*<br>*General Mills, Inc.* | **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (Bar No. 191626)<br>ltfisher@bursor.com<br>1990 N California Blvd, Ste 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br><br>**BURSOR & FISHER, P.A.**<br>Scott A. Bursor (Bar No. 276006)<br>scott@bursor.com<br>701 Brickell Avenue, Suite 1420<br>Miami, FL 33131<br>Telephone: (305) 330-5512<br>Facsimile: (305) 676-9006<br><br>*Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LISA ROSILLO and JESSE KOHN, individually, and on behalf of those similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANNIE'S HOMEGROWN, INC. and GENERAL MILLS, INC.,<br><br>        Defendants. | Case No. 4:17-cv-02474-JSW<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

JOINT STIPULATION TO DISMISS WITH PREJUDICE
CASE NO. 4:17-CV-02474-JSW

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel of record, that:

1. The action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: January 19, 2021             **BURSOR & FISHER, P.A.**

                                    By:   /s/ L. Timothy Fisher
                                              L. Timothy Fisher

                                    *Counsel for Plaintiffs*

Dated: January 19, 2021             **PERKINS COIE LLP**

                                    By:   /s/ Charles C. Sipos
                                              Charles C. Sipos

                                    *Counsel for Defendants*

### ECF ATTESTATION

I, L. Timothy Fisher, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of this **JOINT STIPULATION TO DISMISS WITH PREJUDICE** in compliance with Local Rule 5-4.3.4(a)(2).

                                    By:   /s/ L. Timothy Fisher
                                              L. Timothy Fisher